IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED - CLERK
U.S. DISTRICT COURT
05 MAY 31 AM 11: 06
TX EASTERN - BEAUMONT
BY _____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **V.** | § § § | No. 1:04-CR-167 |
| **JAMES RAY BESSARD** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report of the United States magistrate judge regarding defendant's competency for trial. The magistrate judge recommends that the court hold that defendant is competent to stand trial because he understands the proceeding against him and has the ability to assist his attorney. No objections to the report and recommendation have been filed.

Having conducted an independent review, the court concludes that the defendant is competent to stand trial because he is able to understand the nature and consequences of the proceeding against him, and able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on defendant's competency to stand trial is **ADOPTED**.

SIGNED this 31st day of May, 2005.

_____
Marcia A. Crone
United States District Judge